MOTLEY RICE LLC
ESTHER E. BEREZOFSKY
210 Lake Drive East, Suite 101
Cherry Hill, NJ  08002
Telephone:  856/667-0500
eberezofsky@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
jcaringal@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NOVO NORDISK A/S, et al., <br><br> Defendants. | No. 3:25-cv-14045-ZNQ-JBD <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL <br><br> MOTION DAY:   November 3, 2025 |

PLEASE TAKE NOTICE that on November 3, 2025, or such other date and time that the Court designates, the undersigned counsel for proposed lead plaintiff IAM Motor City Pension Fund (the "Pension Fund") will respectfully move before the Honorable Zahid N. Quraishi, at the Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Courtroom 4W, Trenton, New Jersey, 08608 for an Order appointing the Pension Fund as Lead Plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC to serve as Lead Counsel. The undersigned intends to rely upon the annexed Brief and Declaration of Esther E. Berezofsky. A proposed Order accompanies this motion.

DATED: September 30, 2025          MOTLEY RICE LLC
                                   ESTHER E. BEREZOFSKY


                                   _s/ Esther E. Berezofsky_
                                   ESTHER E. BEREZOFSKY

                                   210 Lake Drive East, Suite 101
                                   Cherry Hill, NJ  08002
                                   Telephone:  856/667-0500
                                   eberezofsky@motleyrice.com

                                   ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   JENNIFER N. CARINGAL
                                   655 West Broadway, Suite 1900
                                   San Diego, CA  92101
                                   Telephone:  619/231-1058
                                   jcaringal@rgrdlaw.com

                                   Proposed Lead Counsel for Proposed Lead
                                   Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2025.

*s/ Esther E. Berezofsky*
ESTHER E. BEREZOFSKY