MOTLEY RICE LLC
ESTHER E. BEREZOFSKY
210 Lake Drive East, Suite 101
Cherry Hill, NJ  08002
Telephone:  856/667-0500
eberezofsky@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
jcaringal@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>NOVO NORDISK A/S, et al., )<br><br>Defendants. ) | No. 3:25-cv-14045-ZNQ-JBD<br><br>CLASS ACTION<br><br>DECLARATION OF ESTHER E. BEREZOFSKY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>MOTION DAY:    November 3, 2025 |

I, Esther E. Berezofsky, declare as follows:

1.      I am a member in good standing of the bar of the State of New Jersey and of this Court.  I am a member of the law firm of Motley Rice LLC, proposed lead counsel, together with Robbins Geller Rudman & Dowd LLP, for proposed lead plaintiff IAM Motor City Pension Fund (the "Pension Fund") in the above-captioned action.  I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice published by the plaintiff in the action on *Globe Newswire*, a national, business-oriented newswire service, on August 1, 2025.

3.      Attached hereto as Exhibit B is a true and accurate copy of the Pension Fund's Certification.

4.      Attached hereto as Exhibit C is a true and accurate copy of the Pension Fund's loss chart, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 30th day of September, 2025.

*Esther E. Berezofsky*
ESTHER E. BEREZOFSKY

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2025.

*s/ Esther E. Berezofsky*
ESTHER E. BEREZOFSKY

- 2 -