# EXHIBIT A



**Source:** *Levi & Korsinsky, LLP*

*August 01, 2025 14:37 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Novo Nordisk A/S Securities and Sets a Lead Plaintiff Deadline of September 30, 2025

NEW YORK, Aug. 01, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Novo Nordisk A/S ("Novo" or the "Company") (NYSE: NVO) <u>between May 7, 2025, to July 28, 2025, both dates inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Eric Barta v. Novo Nordisk A/S, et al.* (Case No. 2:25-cv-14045) has been commenced in the United States District Court for the District of New Jersey. To get more information **go to:**

[https://zlk.com/pslra-1/novo-nordisk-a-s-lawsuit-submission-form-3](https://zlk.com/pslra-1/novo-nordisk-a-s-lawsuit-submission-form-3)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of Novo's growth potential; notably, that its asserted potential to capitalize on the compounded market greatly understated the potential impact of the personalization exception to the compounded GLP-1 exclusion and overstated the likelihood such patients would switch to Novo's branded alternatives, and further greatly overstated the potential GLP-1 market or otherwise Novo's capability to penetrate said markets to achieve continued growth.

On July 29, 2025, Novo announced it was lowering its sales and profit outlook ahead of reporting its results for the second quarter of fiscal year 2025. The Company attributed the guide down on "lowered growth expectations for the second half of 2025" for both Wegovy and Ozempic due to "the persistent use of compounded GLP-1s, slower-than-expected market expansion and competition."

Following this news, the price of Novo's common stock declined dramatically. From a closing market price of $69.00 per share on July 28, 2025, Novo's stock price fell to $53.94 per share on July 29, 2025, a decline of about 21.83% in the span of just a single day.

**If you suffered a loss in NVO securities, you have until September 30, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com