# EXHIBIT C

Class Period: 05/07/2025 - 07/28/2025

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-----------------|-------|----------------|--------------------|
| **IAM Motor City Pension Fund** | 05/21/2025 | 1,578 | $69.44 | $109,581.05 | held | 3,619 | $54.29 | $196,459.43 | |
| | 05/21/2025[R] | 2,041 | $68.20 | $139,196.20 | | | | | |
| **Movant's Total** | | **3,619** | | **$248,777.25** | | **3,619** | | **$196,459.43** | **($52,317.83)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $54.29 as of September 30, 2025 for ADR.

Prices listed are rounded up to two decimal places.

[R]Shares that were received in.