MOTLEY RICE LLC
ESTHER E. BEREZOFSKY
210 Lake Drive East, Suite 101
Cherry Hill, NJ  08002
Telephone:  856/667-0500
eberezofsky@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
jcaringal@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 3:25-cv-14045-ZNQ-JBD |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| NOVO NORDISK A/S, et al., ) ) | |
| Defendants. ) ) | |

Having considered IAM Motor City Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Esther E. Berezofsky in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is **GRANTED**;

2.    The file in Case No. 2:25-cv-14045 shall be the master file for the action. All securities class actions on behalf of purchasers of Novo Nordisk A/S securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), IAM Motor City Pension Fund is appointed as Lead Plaintiff; and

- 1 -

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP and Motley Rice LLC are approved as Lead Counsel for the class.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    preparing and filing all pleadings;

(b)    briefing and arguing any and all motions;

(c)    conducting any and all discovery proceedings including depositions;

(d)    settlement negotiations;

(e)    pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

*    *    *

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

- 2 -