MOTLEY RICE LLC
ESTHER E. BEREZOFSKY
210 Lake Drive East, Suite 101
Cherry Hill, NJ  08002
Telephone:  856/667-0500
eberezofsky@motleyrice.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
jcaringal@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) NOVO NORDISK A/S, et al., ) ) Defendants. ) ) | No. 3:25-cv-14045-ZNQ-JBD<br><br>CLASS ACTION<br><br>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

The undersigned, counsel for lead plaintiff movant IAM Motor City Pension Fund certifies on its behalf that there is no corporation to disclose pursuant to Fed. R. Civ. P. 7.1(a)(1)(A).

DATED:  September 30, 2025          MOTLEY RICE LLC
                                    ESTHER E. BEREZOFSKY


                                    *s/ Esther E. Berezofsky*
                                    ESTHER E. BEREZOFSKY

                                    210 Lake Drive East, Suite 101
                                    Cherry Hill, NJ  08002
                                    Telephone:  856/667-0500
                                    eberezofsky@motleyrice.com

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    JENNIFER N. CARINGAL
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101
                                    Telephone:  619/231-1058
                                    jcaringal@rgrdlaw.com

                                    Proposed Lead Counsel for Proposed Lead
                                    Plaintiff

- 1 -

4900-4382-2190.v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2025.

*s/ Esther E. Berezofsky*
ESTHER E. BEREZOFSKY

- 2 -

4900-4382-2190.v1