**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Ahmed Hashim and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE, <br><br> Defendants. | Case No. 3:25-cv-14045-ZNQ-JBD <br><br> **AHMED HASHIM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> **MOTION DATE: November 3, 2025** |

**PLEASE TAKE NOTICE** that, on November 3, 2025, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Zahid N. Quraishi, situated at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 4W, Trenton, New Jersey 08608, proposed lead plaintiff Ahmed Hashim ("Movant"), by his counsel, will hereby move this Court for an Order (attached

hereto): (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B); (2) approving Movant's selection of Levi & Korsinsky, LLP ("L&K") as Lead Counsel; and (3) for any such further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law in Support of the Motion and the Declaration of Adam M. Apton for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel dated September 30, 2025.

This Motion is made on the grounds that Movant believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes he has the "largest financial interest" in the relief sought by the Class in the Action as a result of the substantial loss he suffered on his purchases of Novo Nordisk A/S ("Novo" or the "Company") securities during the Class Period. Additionally, Movant also believes he "satisf[ies] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because his claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc).

*[Signature on following page]*

2

Dated: September 30, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

<u>/s/ Adam M. Apton</u>
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Ahmed Hashim and*
*Proposed Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby certify that on September 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Adam M. Apton*
Adam M. Apton
