**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Ahmed Hashim and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE,<br><br>Defendants. | Case No. 3:25-cv-14045-ZNQ-JBD<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF AHMED HASHIM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**MOTION DATE: November 3, 2025** |

I, ADAM M. APTON, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for movant Ahmed Hashim ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and

Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit A:** Sworn Certification signed by Movant;

**Exhibit B:** Movant's estimated loss calculations;

**Exhibit C:** Notice of pendency of class action published on *Globe Newswire* on August 1, 2025;

**Exhibit D:** Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E:** Levi & Korsinsky, LLP's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 30th day of September, 2025        */s/ Adam M. Apton*
                                                 Adam M. Apton

2

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby certify that on September 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

/s/Adam M. Apton
Adam M. Apton