# EXHIBIT B

| Client Name | Ahmed Hashim |
|---|---|
| Company Name | Novo Nordisk A/S |
| Ticker Symbol | NVO |
| Security Type | |
| Class Period Start | 5/7/2025 |
| Class Period End | 7/28/2025 |
| 90-DAY Lookback Period Start | 7/29/2025 |
| 90-DAY Lookback Period End | 9/30/2025 |
| 90-DAY Lookback Average | $ 54.29 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 326,114.72 |
| DURA LIFO* Total | $ 326,114.72 |
| Gross Shares Purchased | 25,000 |
| Net Shares Retained | 25,000 |
| Net Funds Expended | $1,683,253.61 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-13-2025 | 2000 | 65.36 | $ 130,720.00 | | | | | | - | 2000 | 2000 | $ 54.29 | $ 108,571.11 | $ 22,148.89 | $ 22,148.89 |
| 05-14-2025 | 3000 | 65.485 | $ 196,455.00 | | | | | | - | 3000 | 3000 | $ 54.29 | $ 162,856.67 | $ 33,598.33 | $ 33,598.33 |
| 05-15-2025 | 2000 | 65.67 | $ 131,340.00 | | | | | | - | 2000 | 2000 | $ 54.29 | $ 108,571.11 | $ 22,768.89 | $ 22,768.89 |
| 05-22-2025 | 18000 | 68.041034 | $ 1,224,738.61 | | | | | | - | 18000 | 18000 | $ 54.29 | $ 977,140.00 | $ 247,598.61 | $ 247,598.61 |
| Total: | 25,000 | | $ 1,683,253.61 | | | | | | | 25,000 | 25,000 | | $ 1,357,138.89 | $ 326,114.72 | $ 326,114.72 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.