# Exhibit 3

**Novo Nordisk A/S Loss Chart**
**Class Period: May 7, 2025 through July 28, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $54.258 |
| Jessica Wulff | 5/9/2025 | 120.00 | ($66.23) | ($7,947.60) | | | | | | | | |
| | 5/9/2025 | 15.99 | ($67.00) | ($1,071.33) | | | | | | | | |
| | 5/9/2025 | 90.00 | ($67.20) | ($6,048.00) | | | | | | | | |
| | 5/9/2025 | 0.90 | ($67.13) | ($60.42) | | | | | | | | |
| | 5/15/2025 | 100.00 | ($65.27) | ($6,527.000) | | | | | | | | |
| | 6/3/2025 | 70.18 | ($71.25) | ($5,000.33) | | | | | | | | |
| | 6/3/2025 | 42.15 | ($71.17) | ($2,999.82) | | | | | | | | |
| | 6/5/2025 | 210.00 | ($73.00) | ($15,330.00) | | | | | | | | |
| | 6/16/2025 | 200.00 | ($77.00) | ($15,400.00) | | | | | | | | |
| | | 849.22 | | ($60,384.49) | | | | | 849.22 | $46,076.98 | ($14,307.51) | |