**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE,<br><br>Defendants. | No.: 3:25-cv-14045-ZNQ-JBD<br><br>**NOTICE OF ERRATA AND CORRECTION REGARDING JESSICA WULFF'S MOTION TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>**Motion Date: November 3, 2025** |

Movant Jessica Wulff respectfully files this Notice of Errata in regard to her Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (Dkt. No. 6.).

Due to an inadvertent clerical error by counsel's staff, Movant's name was listed incorrectly in: (1) the Notice of Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (the "Notice of Motion"); (2) the [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel (the "Proposed Order"); (3) the Memorandum of Law in Support of Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (the "Memorandum of Law"); and (4) the Declaration of Laurence M. Rosen in Support of Motion to

1

Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (the "Declaration").

Therefore, counsel submits corrected copies of the Notice of Motion, the Proposed Order, the

Memorandum of Law, and the Declaration.

A corrected Notice of Motion is attached hereto as Exhibit A.

A corrected Proposed Order is attached hereto as Exhibit B.

A corrected Memorandum of Law is attached hereto as Exhibit C.

A corrected Declaration is attached hereto as Exhibit D.

Dated: October 1, 2025                    Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          s/ Laurence M. Rosen
                                          Laurence M. Rosen, Esq.
                                          One Gateway Center, Suite 2600
                                          Newark, NJ 07102
                                          Telephone: (973) 313-1887
                                          Fax: (973) 833-0399
                                          lrosen@rosenlegal.com

                                          *[Proposed] Lead Counsel for Lead Plaintiff*
                                          *and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

s/ Laurence M. Rosen

3