# Exhibit A

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE,<br><br>Defendants. | No.: 3:25-cv-14045-ZNQ-JBD<br><br>**NOTICE OF MOTION OF JESSICA WULFF TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: November 3, 2025** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Jessica Wulff ("Movant"), hereby moves the Honorable Zahid N. Quraishi, United States District Judge, Courtroom 4W, Clarkson S. Fisher Building & U.S. Courthouse, 402 East

1

State Street, Trenton, NJ 08608, for an order appointing Movant to serve as Lead

Plaintiff in this action and approving his selection of The Rosen Law Firm, P.A. as

Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence

M. Rosen dated September 30, 2025 (with exhibits); (2) Memorandum of Law in

support of Motion dated September 30, 2025; and (3) a [Proposed] Order.

Dated: September 30, 2025          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and
the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

s/ Laurence M. Rosen

3