# Exhibit D

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE, <br><br> Defendants. | No.: 3:25-cv-14045-ZNQ-JBD <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF JESSICA WULFF TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> **Motion Date: November 3, 2025** |

## <u>DECLARATION OF LAURENCE M. ROSEN</u>

I, Laurence M. Rosen hereby declare under penalty of perjury:

1. I am the Managing Partner of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of Movant Jessica Wulff

1

("Movant") to be appointed as Lead Plaintiff and to approve of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed: September 30, 2025                    s/ Laurence M. Rosen
                                                Laurence M. Rosen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of September 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>s/ Laurence M. Rosen</u>