POMERANTZ LLP
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com

*Counsel for Movant Roman Ivanov and*
*Proposed Lead Counsel for the Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE, <br><br> Defendants. | Case No. 3:25-cv-14045-ZNQ-JBD <br><br> Hon. Zahid N. Quraishi <br><br> RESPONSE OF ROMAN IVANOV TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> Motion Date: November 3, 2025 |

Lead Plaintiff Movant Ivanov[1] respectfully submits this response to the competing motions for appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel filed by: (i) IAM Motor City Pension Fund ("IAM") (Dkt. No. 4); and (ii) Ahmed Hashim ("Hashim") (Dkt. No. 5).[2]

Having reviewed the competing motions filed by Hashim and IAM, it appears that, while Ivanov is well-qualified to serve as Lead Plaintiff in this Action, he does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Rather, it appears that Hashim has the "largest financial interest" in this litigation within the meaning of the PSLRA, otherwise satisfies the typicality and adequacy requirements of Rule 23, and is therefore the "most adequate plaintiff" to serve as Lead Plaintiff under the PSLRA. *Id.* § 78u-4(a)(3)(B). Accordingly, Ivanov does not oppose Hashim's competing motion (Dkt. No. 5). If, however, the Court declines to appoint Hashim as Lead Plaintiff for any reason, Ivanov remains ready, willing, and able to serve as Lead Plaintiff on behalf of the Class in this Action.

This response shall have no impact on Ivanov's membership in the proposed Class, his right to share in any recovery obtained for the benefit of Class members,

---

[1] All capitalized terms herein are defined in Ivanov's moving brief, unless otherwise indicated. *See* Dkt. No. 7-2.

[2] Initially, one other putative Class member, Virginia Wulff ("Wulff"), filed a similar competing motion. *See* Dkt. No. 6. On October 20, 2025, Wulff withdrew her competing motion. *See* Dkt. No. 10.

1

or his ability to serve as Lead Plaintiff or a representative party should the need arise.

Dated:  October 20, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Brian Calandra*
Brian Calandra
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant Roman Ivanov and*
*Proposed Lead Counsel for the Class*

2