**LEVI & KORSINKSY, LLP**
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Ahmed Hashim and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE, <br><br> Defendants. | Case No. 3:25-cv-14045-ZNQ-JBD <br><br> **AHMED HASHIM'S NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> **MOTION DATE: November 3, 2025** |

Ahmed Hashim respectfully submits this notice to confirm that there is no opposition to his pending motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the Class. Ahmed Hashim timely filed his motion for lead plaintiff on September 30, 2025, and a response on October 20, 2025. *See* ECF Nos. 5 and 13. The deadline for opposing Ahmed Hashim's motion has passed and, to date, there is no opposition to it. All other competing movants have either filed notices of non-opposition or withdrew their motions, leaving Ahmed Hashim's motion unopposed. *See* ECF Nos. 10, 11, and 12.

Based on the facts presented above and the factual, legal, and financial reasons presented in her motion and response, Ahmed Hashim respectfully requests that the Court issue an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Ahmed Hashim as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired Novo Nordisk A/S securities between May 7, 2025 to July 28, 2025, both dates inclusive; (2) approving selection of Levi & Korsinsky as Lead Counsel for the Class; and (3) granting such other relief as the Court deems proper.

*[Signature on following page]*

1

Dated: October 23, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Ahmed Hashim and
[Proposed] Lead Counsel for the
Class*

2

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby certify that on October 23, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/Adam M. Apton*
Adam M. Apton

3