Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel. (212) 363-7500
aapton@zlk.com

*Attorneys for Lead Plaintiff Movant Ahmed Hashim*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE,<br><br>                              Defendants. | Case No. 3:25-cv-14045-ZNQ-JBD |

## DECLARATION OF SHANNON L. HOPKINS
## IN SUPPORT OF *PRO HAC VICE* APPLICATION

Shannon L. Hopkins, hereby certifies and states as follows:

1.      I am an attorney at law admitted to practice in Connecticut, New York and Massachusetts and am a partner at the law firm of Levi & Korsinsky, LLP.

2.      I make this Declaration in Support of the consent application to permit me to appear and participate *pro hac vice* in this action on behalf of Lead Plaintiff Movant Ahmed Hashim.

3.      I respectfully submit that for the reasons that follow, good cause exists to permit me to appear and participate *pro hac vice* in this action.

4.      I am counsel of choice for Lead Plaintiff Movant Ahmed Hashim. I am familiar with the particular matters in dispute in this action, and I have an attorney-client relationship with Lead Plaintiff Movant.

5.      Since 2003, I have been a member in good standing of the bar of the State of Massachusetts. Bar No. 657485. The roll of the members of the bar of the State of Massachusetts is maintained by the Clerk's Office, John Adams Courthouse, 1 Pemberton Square, Boston, Massachusetts 02108.

6.      Since 2004, I have been a member in good standing of the bar of the State of New York. Bar No. 4266003. The roll of the members of the bar of the State of New York is maintained by the Office of Court Administration, 25 Beaver Street, New York, New York 10004.

7.      Since 2014, I have been a member in good standing of the bar of the State of Connecticut. Bar No. 435545. The roll of the members of the bar of the State of Connecticut is maintained by the Clerk of the Superior Court, Hartford Superior Court, 95 Washington Street, Hartford, Connecticut 06106.

8.      Since 2007, I have been a member in good standing of the bar of the United States Court of Appeals for the First Circuit. The roll of the members of the bar of the United States Court of Appeals for the First Circuit is maintained by the Clerk's Office, John Joseph

Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210.

9.      Since 2018, I have been a member in good standing of the bar of the United States Court of Appeals for the Second Circuit. The roll of the members of the bar of the United States Court of Appeals for the Second Circuit is maintained by the Clerk's Office, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

10.      Since 2010, I have been a member in good standing of the bar of the United States Court of Appeals for the Third Circuit. The roll of the members of the bar of the United States Court of Appeals for the Third Circuit is maintained by the Office of the Clerk, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

11.      Since 2023, I have been a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit. The roll of the members of the bar of the United States Court of Appeals for the Ninth Circuit is maintained by the Clerk's Office, James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco, California 94103.

12.      Since 2025, I have been a member in good standing of the bar of the United States Court of Appeals for the Tenth Circuit. The roll of the members of the bar of the United States Court of Appeals for the Tenth Circuit is maintained by the Clerk's Office, Byron White U.S. Courthouse, 1823 Stout Street, Denver, Colorado 80257.

13.      Since 2004, I have been a member in good standing of the bar of the United States District Court for the District of Massachusetts. Bar No. 657485. The roll of the members of the bar of the United States District Court for the District of Massachusetts is maintained by the Clerk's Office, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210.

14.      Since 2004, I have been a member in good standing of the bar of the United

States District Court for the District of Colorado. The roll of the members of the bar of the United States District Court for the District of Colorado is maintained by the Clerk's Office, Alfred A. Arraj U.S. Courthouse, 901 19th St, Denver, Colorado 80294

15.    Since 2005, I have been a member in good standing of the bar of the United States District Court for the Southern District of New York. Bar No. SH-1887. The roll of the members of the bar of the United States District Court for the Southern District of New York is maintained by the Clerk's Office, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

16.    Since 2005, I have been a member in good standing of the bar of the United States District Court for the Eastern District of New York. Bar No. SH-1887. The roll of the members of the bar of the United States District Court for the Eastern District of New York is maintained by the Clerk's Office, 225 Cadman Plaza East, Brooklyn, New York 11201.

17.    Since 2015, I have been a member in good standing of the bar of the United States District Court for the District of Connecticut. Bar No. CT29744. The roll of the members of the bar of the United States District Court for the District of Connecticut is maintained by the Clerk's Office, Abraham A. Ribicoff Federal Building 450 Main Street, Hartford, Connecticut 06103.

18.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction. Likewise, I am not under suspension or disbarment by any court.

19.    Adam M. Apton of Levi & Korsinsky LLP, who is a member of the bar of the State of New Jersey and the United States District Court for the District of New Jersey, is counsel of record for the Plaintiff in this action pursuant to L.Civ.R. 101.1(a).

20.    I agree to comply with L.Civ.R. 101.1(c), as well as other rules or orders of the Court, including, but not limited to, Appendix R.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2025

Shannon L. Hopkins
LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
shopkins@zlk.com