Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel. (212) 363-7500
aapton@zlk.com

*Attorneys for Lead Plaintiff Movant Ahmed Hashim*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, individually and on behalf of all others similarly situated,<br><br>                                 Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE,<br><br>                                 Defendants. | Case No. 3:25-cv-14045-ZNQ-JBD |

## DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF *PRO HAC VICE* APPLICATION

Gregory M. Potrepka, hereby certifies and states as follows:

1.       I am an attorney at law admitted to practice in Connecticut and I am a partner at the law firm of Levi & Korsinsky, LLP.

2. I make this Declaration in Support of the consent application to permit me to appear and participate *pro hac vice* in this action on behalf of Lead Plaintiff Movant Ahmed Hashim.

3. I respectfully submit that for the reasons that follow, good cause exists to permit me to appear and participate *pro hac vice* in this action.

4. I am counsel of choice for Lead Plaintiff Movant Ahmed Hashim. I am familiar with the particular matters in dispute in this action, and I have an attorney-client relationship with Lead Plaintiff Movant.

5. Since 2015, I have been a member in good standing of the bar of the State of Connecticut. Bar No. 437326. The roll of the members of the bar of the State of Connecticut is maintained by the Clerk of the Superior Court, Hartford Superior Court, 95 Washington Street, Hartford, Connecticut 06106.

6. Since 2023, I have been a member in good standing of the bar of the State of New York. Bar No. 6067888. The roll of the members of the bar of the State of New York is maintained by the State of New York Supreme Court, Appellate Division Third Judicial Department, Robert Abrams Building for Law and Justice, State Street, Room 511, Albany, New York 12223.

7. Since 2015, I have been a member in good standing of the bar of the Mashantucket Pequot Tribal Court. The roll of the members of the bar of the Mashantucket Pequot Tribal Court is maintained by the Clerk's Office, 110 Pequot Trail, Mashantucket, Connecticut 06338.

8. Since 2020, I have been a member in good standing of the bar of the United States Court of Appeals for the Third Circuit. The roll of the members of the bar of the United

States Court of Appeals for the Third Circuit is maintained by the Office of the Clerk, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

9.    Since 2025, I have been a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit. The roll of the members of the bar of the United States Court of Appeals for the Ninth Circuit is maintained by the Clerk's Office, James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco, California 94103.

10.    Since 2025, I have been a member in good standing of the bar of the United States Court of Appeals for the Tenth Circuit. The roll of the members of the bar of the United States Court of Appeals for the Tenth Circuit is maintained by the Clerk's Office, Byron White U.S. Courthouse, 1823 Stout Street, Denver, Colorado 80257.

11.    Since 2016, I have been a member in good standing of the bar of the United States District Court for the District of Connecticut. Bar No. CT30056. The roll of the members of the bar of the United States District Court for the District of Connecticut is maintained by the Clerk's Office, Abraham A. Ribicoff Federal Building 450 Main Street, Hartford, Connecticut 06103.

12.    Since 2018, I have been a member in good standing of the bar of the United States District Court for the Southern District of New York. Bar No. GP1275. The roll of the members of the bar of the United States District Court for the Southern District of New York is maintained by the Clerk's Office, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

13.    Since 2018, I have been a member in good standing of the bar of the United States District Court for the Eastern District of New York. Bar No. GP5999. The roll of the members of the bar of the United States District Court for the Eastern District of New York

is maintained by the Clerk's Office, 225 Cadman Plaza East, Brooklyn, New York 11201.

14.    Since 2023, I have been a member in good standing of the bar of the United States District Court for the District of Colorado.  The roll of the members of the bar of the United States District Court for the District of Colorado is maintained by the Clerk's Office, Alfred A. Arraj U.S. Courthouse, 901 19th St, Denver, Colorado 80294.

15.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.  Likewise, I am not under suspension or disbarment by any court.

16.    Adam M. Apton of Levi & Korsinsky LLP, who is a member of the bar of the State of New Jersey and the United States District Court for the District of New Jersey, is counsel of record for the Plaintiff in this action pursuant to L.Civ.R. 101.1(a).

17.    I agree to comply with L.Civ.R. 101.1(c), as well as other rules or orders of the Court, including, but not limited to, Appendix R.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2025

Gregory M. Potrepka
LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
gpotrepka@zlk.com

*Attorneys for Lead Plaintiff Movant Ahmed Hashim*