UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BARTA, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NOVO NORDISK A/S, *et al.*,<br><br>　　　　　　　Defendants. | Civ. No. 25-14045 (ZNQ)(JBD)<br><br>ORDER ADMITTING<br>ANDREW G. GORDON, ESQ.,<br>AND<br>DANIEL S. SINNREICH, ESQ.,<br>*PRO HAC VICE* |

　　　THIS MATTER having been brought before the Court by Samuel I. Portnoy, Esq., of Gibbons P.C., counsel for defendants on notice to and with consent of the plaintiff, for an Order admitting Andrew G. Gordon, Esq., and Daniel S. Sinnreich, Esq., *pro hac vice* [Dkt. 23]; and the Court having considered all papers submitted in support of the application; and for good cause shown,

　　　**IT IS** on this **2nd** day of **December**, **2025**,

　　　**ORDERED** that defendants' application be and it hereby is granted; and it is further

　　　**ORDERED** that Andrew G. Gordon, Esq., who is a member in good standing of the Bar of the State of New York, and Daniel S. Sinnreich, Esq., who is a member in good standing of the Bar of the New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

　　　**ORDERED** that Andrew G. Gordon, Esq., and Daniel S. Sinnreich, Esq., shall abide and be bound by the Rules of the United States District Court for the District of New Jersey, and all disciplinary rules, including but not limited to Rules 6 and 7 of the Rules of Attorney Disciplinary Enforcement of the United States Court of Appeals for the Third Circuit; and it is further

　　　**ORDERED** that Andrew G. Gordon, Esq., and Daniel S. Sinnreich, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

　　　**ORDERED** that Andrew G. Gordon, Esq., and Daniel S. Sinnreich, Esq., shall each make payment of $250.00 to the Clerk of the United States District Court in

accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Andrew G. Gordon, Esq., and Daniel S. Sinnreich, Esq., shall notify this Court immediately of any disciplinary charges brought against them in the bar of any other court; and it is further

**ORDERED** that a member of the bar of this Court shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE