Adam M. Apton (330152020)
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC BARTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK A/S, MAZIAR MIKE DOUSTDAR, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, AND DAVID S. MOORE<br>Defendants. | Civ. No. 25-14045 (ZNQ)(JBD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>CLASS ACTION |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Court-appointed lead plaintiff Ahmed Hashim ("Lead Plaintiff") voluntarily dismisses without prejudice Defendant Maziar Mike Doustdar ("Doustdar") from the above-captioned action (the "Action"), with all parties to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Doustdar has served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action against Doustdar is effective upon the filing of this notice.

Dated: April 3, 2026

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (330152020)
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
David C. Jaynes*
Joshua E. Kluger (533402025)
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: djaynes@zlk.com
Email: jkluger@zlk.com

*Attorneys      for Lead Plaintiff Ahmed Hashim*

\* *Pro Hac Vice* applications for counsel not already admitted in the District of New Jersey will be filed after the Amended Complaint is filed.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2026, a copy of the foregoing

Notice of Appearance was filed vie the CM/ECF system which will send a Notice of

Electronic Filing to all counsel of record.

*/s/ Adam M. Apton*
Adam M. Apton

Dated: April 3, 2026