Audra J. Soloway
Andrew G. Gordon (*Pro Hac Vice*)
Daniel S. Sinnreich (*Pro Hac Vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3289
Fax: (212) 492-0289
asoloway@paulweiss.com
agordon@paulweiss.com
dsinnreich@paulweiss.com

Samuel I. Portnoy
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4909
Fax: (973) 639-6218
sportnoy@fbtgibbons.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ERIC BARTA, individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NOVO NORDISK A/S, LARS FRUERGAARD JØRGENSEN, KARSTEN MUNK KNUDSEN, and DAVID S. MOORE,<br><br>        Defendants. | No. 3:25-cv-14045-ZNQ-JBD<br><br>*Document Filed Electronically*<br><br>**RETURN DATE: June 15, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' AMENDED COMPLAINT

**TO: All Counsel of Record**

**PLEASE TAKE NOTICE** that on June 15, 2026, or such other time and date as set by the Court, Defendants Novo Nordisk A/S, Lars Fruergaard Jørgensen, Karsten Munk Knudsen, and David S. Moore, will move before the Honorable Zahid N. Quraishi, Judge of the United States

1

District Court for the District of New Jersey, at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for the entry of an order dismissing Plaintiffs' Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

**PLEASE TAKE FURTHER NOTICE** that, in support of Defendants' Motion to Dismiss the Amended Complaint, Defendants rely upon the accompanying Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Amended Complaint, as well as the Declaration of Audra Soloway and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument on this motion.

Dated: May 18, 2026                                    Respectfully submitted,

*s/ Samuel I. Portnoy*                                 *s/ Audra J. Soloway*

**FBT GIBBONS LLP**                        **PAUL, WEISS, RIFKIND, WHARTON &**
One Gateway Center                         **GARRISON LLP**
Newark, NJ 07102-5310                      Audra J. Soloway
Tel: (973) 596-4909                        Andrew G. Gordon (*Pro Hac Vice*)
Fax: (973) 639-6218                        Daniel S. Sinnreich (*Pro Hac Vice*)
sportnoy@fbtgibbons.com                    1285 Avenue of the Americas
                                           New York, NY 10019-6064
                                           Tel: (212) 373-3289
                                           Fax: (212) 492-0289
                                           asoloway@paulweiss.com
                                           agordon@paulweiss.com
                                           dsinnreich@paulweiss.com

                                           *Counsel for Defendants*

2